```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

SIDNEY J. DISCH, et al.         *

             Plaintiffs          *

       vs.                       *    CIVIL ACTION NO. MJG-12-3169

DEUTSCHE BANK NATIONAL TRUST     *
 COMPANY, et al.
             Defendants          *

*      *      *      *      *      *      *      *      *
```

## MEMORANDUM AND ORDER

The Court has before it Defendants' Motion to Dismiss [Document 5] to which no opposition has been filed.

The Court has reviewed the papers filed by the Defendant and the entire record even though Plaintiffs' counsel has filed nothing in opposition. The Court finds no basis on which to conclude that there exists a viable claim and will grant the motion.

Accordingly:

1. Defendants' Motion to Dismiss [Document 5] is GRANTED.

2. Judgment shall be entered by separate Order.

SO ORDERED, on Tuesday, December 11, 2012.

                              /s/
                         Marvin J. Garbis
                    United States District Judge